GERHARD KUHNEN

*v.*

WILLIAM BLITZ.

1. INSTRUCTIONS.   It is not error to refuse an instruction embodied in those already given.

2. NEW TRIAL — *weight of evidence.*   Where the verdict is not clearly against the weight of the evidence, the judgment will not be disturbed.

APPEAL from the Circuit Court of Cook county; the Hon. E. S. WILLIAMS, Judge, presiding.

This was an action of trespass brought by Blitz against Kuhnen to recover for injuries to the person of the plaintiff, caused

by the alleged wrongful and willful act of the defendant.   A trial by jury resulted in a verdict and judgment for the plaintiff.   The defendant appeals.

Mr. THOMAS SHIRLEY, for the appellant.

Mr. H. BARBER, Jr., for the appellee.

PER CURIAM : Although we entertain some doubt as to the correctness of this verdict, we find no legal grounds in the record for reversing the judgment.   The law governing the case was stated to the jury with entire correctness.   The instructions refused for the defendant, so far as they were correct, were fully embodied in those given.   The evidence is so nearly balanced that we cannot say the verdict was clearly against its weight.   We must affirm the judgment.

*Judgment affirmed.*